## First Department, February, 1960

### (February 2, 1960)

■ In the Matter of MARTIN ROTHSTONE, an Incompetent. MARIE STAVIES et al., Appellants; EDWARD V. LOUGHLIN, as Committee of MARTIN ROTHSTONE, an Incompetent, Respondent.— The order appealed from unanimously modified on the law and on the facts, with $20 costs and disbursements to the respondents, by reducing the allowances awarded as follows: to the special guardian $1,500; to the attorney for the committee $2,000; and to each of the two firms of attorneys representing the trustee under the will of the decedent $500; and, as so modified, the order is affirmed. The allowances as reduced constitute fair and reasonable compensation for the services rendered in this proceeding. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of MARTIN ROTHSTONE, an Incompetent. MARIE STAVIES et al. (Appeal No. 1.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARIE STAVIES on Behalf of MARTIN ROTHSTONE, an Incompetent, Appellant, against EDWARD V. LOUGHLIN, as Committee of MARTIN ROTHSTONE, an Incompetent, et al. (Appeal No. 2.) — Motion to modify order of this court entered on December 8, 1959, is denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ RICHARD B. LOWE, JR., as a Member of the Police Department of the City of New York, et al., on Their Own Behalf and on Behalf of All Others Similarly Situated, Appellants, v. POLICE PENSION FUND OF THE CITY OF NEW YORK et al., Respondents.— Order of April 7, 1959 unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ RICHARD B. LOWE, JR., as a Member of the Police Department of the City of New York, et al., on Their Own Behalf and on Behalf of All Others Similarly Situated, Appellants, v. POLICE PENSION FUND OF THE CITY OF NEW YORK et al., Respondents.— Appeal from order of June 19, 1959 unanimously dismissed. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ EVERBEST ENGINEERING CORP., Appellant, v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Respondent.— Order and judgment unanimously affirmed, with costs to defendant-respondent. Neither Special Term nor this court passes on the merits of plaintiff's possible claim before the Public Service Commission or any action which may result therefrom. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ. [14 Misc 2d 431.]

■ FAR-GO DISTRIBUTING CORP., Respondent, v. MORRIS MASIN, Appellant. — Judgment appealed from unanimously reversed and the order appealed from unanimously modified on the law and on the facts, with costs to defendant-appellant, to the extent of denying the motion for summary judgment, and otherwise affirmed. Issues of fact are presented here as to the purposes of and the consideration for the payment to defendant. If before or after trial plaintiff apprehends the possible exposure to liability which it expresses in its brief, it may of course, if so advised, bring an action for further relief, equitable or otherwise. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ In the Matter of UNIVERSITY PROPERTIES, INC., Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent, and LOUIS PERLSTEIN, Intervenor-Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.